# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ZUFFA, LLC,** | ) | |
| *a/k/a The Ultimate Fighting Championship*, | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 10-00085-KD-C** |
| | ) | |
| **JAMAL AL-SHAIKH,** *et al.*, | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court on the Plaintiff's "Motion for Partial Dismissal" (Doc. 35), requesting that individual Defendant Jamal Al-Shaikh to be dismissed with prejudice and without costs to either party, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (by Order of the Court).

The record reveals that individual Defendant Jamal Al-Shaikh appeared in this case and filed an answer (but no counterclaim). Because there was no representation in Plaintiff's motion as to whether the motion is filed with the consent of said Defendant or whether he was aware of the motion, the Court ordered (Doc. 37) that any opposition by individual Defendant Jamal Al-Shaikh be filed by March 15, 2011. No such opposition was filed.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Partial Dismissal (Doc. 35) is **GRANTED** such that all of the Plaintiff's claims against individual Defendant Jamal Al-Shaikh are hereby **DISMISSED with prejudice.**

Nothing herein shall be construed as dismissing any of the Plaintiff's claims against the remaining defendants.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

Each party shall bear his or its own costs, expenses and attorney's fees.

**DONE** and **ORDERED** this the **16th** day of **March 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**