**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| ZUFFA, LLC, ) | |
| *a/k/a The Ultimate Fighting Championship*, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 10-00085-KD-C |
| ) | |
| FAKHRY AL-SHAIKH and ) | |
| AF, LLC, ) | |
|     Defendants. ) | |

**DEFAULT JUDGMENT**

Pursuant to the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **DEFAULT JUDGMENT** is entered in favor of Plaintiff and jointly and severally against Defendant Fakhry Al-Shaikh (individually and as officer, director, shareholder and/or principal of AF, LLC, d/b/a The Purple Café, a/k/a Purple Café) and Defendant AF, LLC (d/b/a The Purple Café, a/k/a Purple Café), as outlined by the terms of the Order.

Additionally pursuant to the Order entered on this date, it is **ORDERED, ADJUDGED** and **DECREED** that the Defendants are jointly and severally liable to Plaintiff for: 1) Section 605 statutory damages in the amount of **$2,100.00;** 2) Section 605 enhanced damages in the amount of **$6,300.00;** and 3) the Plaintiff's costs and attorney's fees in the amount of **$2,872.50.**

**DONE** and **ORDERED** this the **20th** day of **April 2011.**

                                                  /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**